1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION**

10

11

MA VICTORIA PEREZ,                    )    NO. ED CV 16-00583-AS
12                                     )
                    Plaintiff,         )
13                                     )        **JUDGMENT**
            v.                         )
14                                     )
NANCY A. BERRYHILL,                    )
15  Acting Commissioner of Social      )
Security,                              )
16                                     )
                                       )
17                  Defendant.         )
_____)

18

19      IT IS HEREBY ADJUDGED that the decision of the Commissioner of the

20  Social Security Administration is reversed in part and the matter is

21  remanded for further administrative action consistent with the Opinion

22  filed concurrently herewith.

23

24      DATED:  February 7, 2017.

25

26                                          /s/
                            _____
27                                    ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE

28